IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

SHEIKH SHABAZZ,

        Plaintiff,

        v.

JASON LOWE, et al.,

        Defendants.

Case No. 3:23-cv-01312-JR

ORDER TO DISMISS

IMMERGUT, Judge

    Plaintiff, an adult in custody at the Oregon State Correctional Institution, brings this 42 U.S.C. § 1983 civil rights action as a self-represented litigant. On March 14, 2024, Magistrate Judge Jolie A. Russo issued an Order to Amend finding that plaintiff's Complaint failed to state a claim upon which relief may be granted and requiring him to file an Amended Complaint curing the deficiencies described within 30 days or face dismissal of this action under 28 U.S.C. §§ 1915(e)(2) and 1915A(b). Judge Russo advised plaintiff that if he failed to file an Amended Complaint within the time provided, this action would be dismissed.

    Plaintiff did not file an Amended Complaint. Accordingly, IT IS ORDERED that this action is DISMISSED for failure to state a claim upon which relief may be granted.

    IT IS SO ORDERED.

    DATED this 17th day of April, 2024.

                                      Karin J. Immergut
                                      United States District Judge

1 – ORDER TO DISMISS